# FOR PUBLICATION
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* v. KEVIN LLOYD STANLEY, AKA Kevin Stanley, *Defendant-Appellant.* | No. 10-50206 D.C. No. 2:09-cr-00486-ODW-1 Central District of California, Los Angeles ORDER |

Filed August 16, 2012

Before: Stephen S. Trott, Jay S. Bybee, and Sandra S. Ikuta, Circuit Judges.

---

## ORDER

The Opinion filed August 2, 2011, and appearing at 653 F.3d 946 (9th Cir. 2011), is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

With the Opinion withdrawn, the Defendant–Appellant's petition for rehearing and suggestion for rehearing en banc is moot. The parties may file a petition for rehearing or petition for rehearing en banc regarding the Memorandum Disposition filed August 16, 2012.